## MARGARET BROPHY *vs.* MATTHEW McLAUGHLIN ET UX.

Third Judicial District.
Submitted on briefs June 4th—decided July 18th, 1902.

SUMMARY process brought before a justice of the peace and

726

transferred to the City Court of Waterbury, where it was tried to the jury (*Cowell, J.*). Judgment for plaintiff, and appeal by defendants for alleged error in the charge of the court. *No error.*

Opinion filed with the clerk of the City Court of Waterbury.

*Charles G. Root* and *William Kennedy*, for the appellants (defendants).

*Lucien F. Burpee* and *Terrence F. Carmody*, for the appellee (plaintiff).